UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET P. JONES,<br><br>             Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>             Defendant. | NO:  2:14-CV-166-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal with Prejudice and without Costs, **ECF No. 16**.  Having reviewed the stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal, **ECF No. 16**, is **APPROVED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 6th day of January 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2